UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katherine Zahnleuter, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Gabriel Lenhart et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-02492-KJM-KJN<br><br>ORDER |

　　　On July 6, 2021, the parties filed a joint status report informing the court of their willingness to participate in the court's voluntary dispute resolution program (VDRP). *See generally* ECF No. 24. The court refers this case to VDRP at the parties' request for a conference to be scheduled in accordance with E.D. Cal. R. 271. The parties are directed to file a joint report fourteen (14) days after the completion of VDRP updating the court on the status of settlement discussions.

　　　This order resolves ECF No. 24.

　　　IT IS SO ORDERED.

DATED: August 10, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE