James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email: jkachmar@weintraub.com

Attorneys for Defendant
AMY MUELLER

Downey Brand LLP
Tyson E. Hubbard, State Bar No. 296318
Christopher M. Kolkey, State Bar No. 300206
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
(916) 444-1000 - Telephone
(916) 444-2100 – Facsimile
Email: thubbard@downeybrand.com
Email: ckolkey@downeybrand.com

Attorneys for Plaintiff
KATHERINE ZAHNLEUTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ZAHNLEUTER, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>GABRIEL LENHART, an individual; LAW OFFICES OF GABRIEL LENHART, an unincorporated entitiy; AMY MUELLER, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-02492-KJM-KJN<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT** |

Plaintiff Katherine Zahnleuter ("Plaintiff") and Defendant Amy Mueller ("Defendant") respectfully wish to notify the Court that Plaintiff and Defendant have reached a conditional settlement in this matter. Once the settlement documents are finalized and certain conditions are satisfied, Plaintiff and Defendant will file a joint stipulation to request that the Complaint be

dismissed with prejudice as to Defendant. The settlement also contains a term that will likely effect the Court's consideration of Defendants Gabriel Lenhart and Law Offices of Gabriel Lenhart's Second Application for Determination of Good Faith Settlement (Dckt. #35), which is currently pending before the Court. The parties wish to notify the Court as soon as possible of the conditional settlement so that it did not unnecessarily expend resources on the pending application or other work related to the matter at this time.

**IT IS SO STIPULATED AND AGREED.**

Dated: February 25, 2022          DOWNEY BRAND

By: /s/ – Tyson E. Hubbard
  Tyson E. Hubbard
  Christopher M. Kolkey

Attorneys for Plaintiff
KATHERINE ZAHNLEUTER

Dated: February 25, 2022          **weintraub tobin** chediak coleman grodin
                                  LAW CORPORATION

By: /s/ - James Kachmar
  James Kachmar

Attorneys for Defendant
AMY MUELLER