James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
Email:  jkachmar@weintraub.com

Attorneys for Defendant
AMY MUELLER

Downey Brand LLP
Tyson E. Hubbard, State Bar No. 296318
Christopher M. Kolkey, State Bar No. 300206
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
(916) 444-1000 - Telephone
(916) 444-2100 – Facsimile
Email: thubbard@downeybrand.com
Email: ckolkey@downeybrand.com

Attorneys for Plaintiff
KATHERINE ZAHNLEUTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KATHERINE ZAHNLEUTER, an individual | Case No. 2:20-cv-02492-KJM-KJN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: RE-REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| vs. | |
| GABRIEL LENHART, an individual; LAW OFFICES OF GABRIEL LENHART, an unincorporated entitiy; AMY MUELLER, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

 Pursuant to Local Rule 217, Plaintiff Katherine Zahnleuter and Defendant Amy Mueller (the "Parties") hereby request the above-entitled action to be re-submitted to, or re-opened in the Voluntary Dispute Resolution Program ("VDRP"). The Parties have requested the VDRP-appointed mediator, Sanford Kingsley, to assist with one remaining issue regarding the

settlement of this matter and he has agreed and is ready to do so. The Parties have been advised that the Court must order this action be re-submitted to the VDRP so that Mr. Kingsley may help the Parties with the settlement.

**IT IS SO STIPULATED.**

Dated: June 2, 2022                    **DOWNEY BRAND**

By: /s/ - Tyson E. Hubbard
　　　Tyson E. Hubbard
　　　Christopher M. Kolkey

Attorneys for Plaintiff
KATHERINE ZAHNLEUTER

Dated: June 2, 2022                    **weintraub tobin** chediak coleman grodin
LAW CORPORATION

By: /s/ - James Kachmar
　　　James Kachmar

Attorneys for Defendant
AMY MUELLER

**IT IS SO ORDERED.**

DATED: June 9, 2022

[signature]
CHIEF UNITED STATES DISTRICT JUDGE