UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katherine Zahnleuter, | No. 2:20-cv-02492-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Gabriel Lenhart; Law Offices of Gabriel Lenhart; Amy Mueller, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

    The court directs parties to file a joint status report regarding the status of settlement within 14 days of the filing date of this order. The parties should inform the court of the date selected, if any, for a VDRP settlement, as well as any other information necessary for the court to schedule this case moving forward as needed to ensure its efficient, just and speedy resolution.

    IT IS SO ORDERED.

DATED: January 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1