UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KATHERINE ZAHNLEUTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL LENHART, an individual; LAW OFFICES OF GABRIEL LENHART, an unincorporated entity; AMY MUELLER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02492-KJM-KJN<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT AMY MUELLER (FED. R. CIV. P. 41(a))** |

Pursuant to the Stipulation of the Parties, the Court dismisses with prejudice the Complaint (Dkt. No. 1) as to Defendant Amy Mueller only.  The Court retains jurisdiction to enforce the terms of the Settlement Agreement between Plaintiff Katherine Zahnleuter and Defendant Amy Mueller.

**IT IS SO ORDERED.**

DATED:  March 9, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE